**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LORENA RODRIGUEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-23-CV-00403-DB** |
| | § | |
| **COLOPLAST CORP.,** | § | |
| **Defendant.** | § | |

**ORDER OF DISMISSAL**

On this day, the Court considered Plaintiff Lorena Rodriguez's "Stipulation of Dismissal" ("Stipulation"), ECF No. 9, filed on January 23, 2025. In this Stipulation, the parties "stipulate and agree" that Plaintiff's "claims shall be dismissed with prejudice." *Id.*

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Lorena Rodriguez's "Stipulation of Dismissal," ECF No. 9, is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **24th** day of **January 2025**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**