**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LORENA RODRIGUEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-23-CV-00403-DB** |
| | § | |
| **COLOPLAST CORP.,** | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

On January 24, 2025, the Court entered an order dismissing all claims in the above-captioned case.  The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** this **24th** day of **January 2025**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**